UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Northland Mechanical Contractors, Inc., a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Continental Casualty Company, an Illinois corporation,<br><br>Defendant. | Civil No. 18-613 (JNE/DTS)<br><br>ORDER |

Based on the Stipulation of Dismissal with Prejudice [Docket No. 17], IT IS ORDERED that this action is DISMISSED WITH PREJUDICE and without costs or disbursements to any party.  The hearing on Defendant's Motion to Dismiss [Docket No. 9] set for June 19, 2018 at 11:00 before Judge Joan N. Ericksen is CANCELLED.

Dated: May 7, 2018                                s/ Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge